Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

__10th__ Division

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 10 2020
MITCHELL R. ELFERS
CLERK

MICHAEL J. NISSEN
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

JAMES BRIAN NISSEN
UNITED STATES MARSHAL SERVICE
SANTA FE COUNTY SHERIFFS DEPT.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 20cv218 MV-GBW
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MICHAEL J. NISSEN
   All other names by which you have been known: N/A
   ID Number: 02508151
   Current Institution: CIBOLA COUNTY CORRECTIONS CENTER
   Address: P.O. BOX 3540
   MILAN           N.M        87021
   City            State      Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: JAMES BRIAN NISSEN
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address:
                   City    State   Zip Code
   [X] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name: N/A
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address:
                   City    State   Zip Code
   [ ] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: N/A
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name: N/A
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ALL OF THE CLAIMS LISTED HEREIN AGAINST DEFENDANT IN HIS INDIVIDUAL CAPACITY UNDER THE COLOR OF LAW

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? ALL OF THE CLAIMS LISTED HEREIN, 42 U.S.C. 1983, AGAINST DEFENDANT IN HIS INDIVIDUAL CAPACITY UNDER THE COLOR OF LAW. TITLE 18 CRIMINAL, CIVIL ACTIONS OF STATUTE LAW OF THE UNITED STATES.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed. RECKLESS DISREGARD OF PROBABLE FALSITY, LIBEL, SLANDER, DEFAMATION OF CHARACTER, FALSE ACCUSATIONS, MORAL TURPITUDE, CONDUCT UNBECOMING, ARBITRARY ABUSE OF AUTHORITY, CAPRICIOUS AND MALICIOUS FALSE REPORT, OBSTRUCTION OF JUSTICE WITH MALICE AND AFORETHOUGHT IN HIS OFFICIAL CAPACITY, CONSPIRACY TO VIOLATE PLAINTIFFS CIVIL RIGHTS, PREMEDITATED MALICE, MALA IN SE, OFFICIAL MALCONDUCT.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)*  CONVICTED AND PRE SENTENCING REPORT

### IV. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose. DEFENDANTS SUMMARY REPORT WITHIN DISCOVERY OF PLAINTIFFS GOVERNMENT CASE HAD NOTHING TO DO WITH ALLEGED CHARGES LEVIED AGAINST PLAINTIFF. DISCOVERY DEPOSITIONS ARE FRAUDULENT AND MISLEADING.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

12/19/2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* FACTS ARE INDIVIDUAL UNDER COLOR OF LAW SUMMARY REPORTS OF DEFENDANTS ACTIONS HEREIN AS RELATED TO DEPOSITIONS GIVEN TO NEW MEXICO STATE POLICE IN PLAINTIFFS DISCOVERY OF THE UNITED STATES DISTRICT ATTRONEY IN THE DISTRICT OF NEW MEXICO, DEFENDANTS MALICIOUS SUMMARIES IN DISCOVERY HAVE NO PROFOUND PLACE IN CASE OF THE FEDERAL GOVERNMENT, DISCOVERY EVIDENCE WILL CLEARLY DEFINE ALL THE FRACTIONS LISTED HEREIN OF THIS 42 U.S.C.A § 1983.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

NO PHYSICAL INJURIES SUSTAINED.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. MONETARY RELIEF SOUGHT FOR ON ALL OR ONE OF THESE CLAIMS LISTED HEREIN FOR THE EMOTIONAL AND MENTAL DURESS LEVIED AGAINST PLAINTIFF BY DEFENDANTS OUTLANDISH PLAIN ERROR RIDICULE AND MALFEASOUS ATTACKS. PLAINTIFF SEEKS MONETARY SETTLEMENT TO RESOLVE DEFENDANTS ACTIONS IN INDIVIDUAL CAPACITY UNDER THE COLOR OF LAW THAT THE COURT FINDS TO BE JUST, PROPER AND EQUITABLE FOR PLAINTIFFS BLATANT AND SHAMEFUL EGREGIOUS ACTIONS IN THE NAME OF JUSTICE.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CIBOLA COUNTY CORRECTIONS CENTER

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.  N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) N/A
      Defendant(s) N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N/A

   3. Docket or index number
      N/A

   4. Name of Judge assigned to your case
      N/A

   5. Approximate date of filing lawsuit
      N/A

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition  N/A

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/21/2020

Signature of Plaintiff: *Michael J. Nissen*
Printed Name of Plaintiff: MICHAEL J. NISSEN
Prison Identification #: 0250815 1
Prison Address: P.O. BOX 3540
MILAN, N.M. 87021

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10/22/2023

AFFIDAVIT OF PLAINTIFF MICHAEL J NISSEN

I, MICHAEL J. NISSEN, COMES IN THIS AFFIDAVIT, DO SWEAR THAT THE HEREIN OF THIS 42 U.S.C.A. § 1983, 28 U.S.C.A. § 1915 AND THIS CERTIFIED INSTITUTIONAL TRUST FUND COPY FROM CIBOLA COUNTY CORRECTIONS CENTER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER THE PENALTY OF PERJURY.

DATED: 02/21/2020

RESPECTFULLY SUBMITTED,

Michael J Nin

MICHAEL J. NISSEN
(PLAINTIFF)



OFFICIAL SEAL
Birdie Jones
NOTARY PUBLIC-State of New Mexico
My Commission Expires 10/22/2023

MICHAEL NISSEN
02508151
P.O. Box 3540
CIBOLA COUNTY CORRECTIONS CENTER
MILAN, NM 87021

Legal Mail

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 10 2020

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
10th CIRCUIT OF NEW MEXICO
CLERK OF THE COURT
SUITE 270
333 LOMAS BLVD, NW
ALBUQUERQUE, NM 87102



James Brian Nissen
U.S.M.S    Santa Fe Co Sheriffs

28 U.S.C.A § 1983